# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STEPHEN F. HURSTELL

VERSUS

BENJAMIN J. LEGETT

NO.   2021 CW 0783

**AUGUST 16, 2021**

---

In Re:    Stephen F. Hurstell, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2011-13702.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(6) & (11). Relator, Stephen F. Hurstell, failed to include a signed copy of the judgment or ruling complained of and a copy of the signed return date order.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before August 31, 2021, and must contain a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT